**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>      Plaintiff,<br><br>v.<br><br>ABEL HERNANDEZ, aka ABEZ HERNANDEZ, and MARTHA E. HERNANDEZ, dba EL CHAPARRAL TAQUERIA, OLGA R. GAVIDIA and DOES ONE to FIFTY, inclusive,<br><br>      Defendants. | Case No.  4:09-CV-03774-CW<br><br>PLAINTIFF'S STATUS REPORT AND REQUEST FOR CONTINUATION OF THE CASE SCHEDULE UNDER GENERAL ORDER 56 |

Plaintiff served the Defendants, Abel Hernandez, Martha Hernandez, and Olga Gavida (nka Olga Romo) with service of process by personal and substituted service.  The returns of service have been filed with the Court (Documents 4, 5 and 6) and Defendants answers to the Complaint were due September 16, October 14 and October 13, respectively.  No responsive pleading have been filed or received by Plaintiff.

Plaintiff's counsel was in the process of preparing Requests for Default when they received a facsimile letter on October 21 from Attorney Richard MacBride, a copy of which is attached hereto as Exhibit A.

Mr. MacBride stated in his letter that he had just been approached by Defendants for representation but he was leaving the country from October 27 through November 6, 2009, and requested an extension of time to respond on behalf of the Defendants.

Under the General Order 56 Case Schedule, the parties are required to conduct a joint site inspection of the subject premises by November 25, 2009.

Plaintiff's counsel responded on October 21 to Mr. MacBride by facsimile with a letter advising him of the joint inspection deadline, granted an extension to November 13, and provided a possible site inspection date for consideration, a copy of which is attached hereto as Exhibit B.  Mr. MacBride was also faxed a stipulation for the extension.  No response or other communication has been received from Mr. MacBride.

Rather than waste the Court's time in requesting defaults and having them set aside, Plaintiff requests the Court continue the Case Schedule for the required joint inspection for 45 days to January 11, 2010, to allow Mr. MacBride to return from his trip, meet with his clients, and prepare a response to the Complaint.  Plaintiff will serve this report and request and the order thereon on Defendants and Mr. MacBride by Certified mail.

                                          Respectfully Submitted,

                                          **SINGLETON LAW GROUP**

Dated:       October 29, 2009               /s/ Jason K. Singleton
                                          Jason K. Singleton,
                                          Richard E. Grabowski, Attorneys for
                                          Plaintiff, **MARSHALL LOSKOT**

### ORDER

The Case Schedule pursuant to General Order 56 shall be amended with the Last day for joint inspection continued to January 11, 2010, and all other applicable dates calculated from that date.

      10/29/09
Dated:    _____        _____
                                                CLAUDIA WILKEN
                                               UNITED STATES DISTRICT JUDGE