RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Email: allspanish@sbcglobal.net
Attorney for Olga Romo; Abel Hernandez,
And Martha E. Hernandez dba El Chaparral Taqueria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (Oakland Division)

| | |
|---|---|
| Marshall Loskot,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Abel Hernandez, aka Abez Hernandez, Martha E. Hernandez, dba El Chaparral Taqueria, Olga R. Gavidia,<br><br>　　　　　Defendants, | Case Number CV-09-3774 CW<br><br>STIPULATION TO POSTPONE INSPECTION |

Pursuant to United States District Court, Northern District, Local Rule 6-2 and 7.12, Plaintiff Marshall Loskot ("Plaintiff") and defendants Abel Hernandez, Martha E. Hernandez, and Olga Romo (sued as Olga R. Gavidia) ("Defendants") submit the following stipulation extending the time to conduct the inspection of the premises under the Court's Scheduling Order.

The Complaint was filed on August 17, 2009. Defendants were served by personal and substitute service, the latest on September 17, 2009.

The defendants answered the lawsuit on December 3, 2010.

Counsel for Plaintiff and Defendants have been in active discussions since mid-December regarding scheduling the Joint Inspection of the premises at issue and the actual conducting of the inspection. The parties had agreed to a joint inspection for January 8, 2010. However, in preparing for the inspection, the parties have encountered issues with the local building department (City of South San Francisco) regarding (1) the Department's view of what remedial measures may or may not be allowed under local law, and (2) whether, and to what extent, local law is superseded by state and federal ADA laws. Counsel for Plaintiff and Defendants have been in communications with the Building Department of the City of South San Francisco on these issues. But the parties do not want to expend resources in an inspection and prepare for remedial measures that may ultimately be disallowed by the local authorities. Also, the parties have been in discussions about a possible settlement of the case, and are actively seeking information that will affect different aspects of a possible settlement (including discussions by defendant Romo with local banks and the City of South San Francisco for a loan).

Therefore, in order to allow time to clarify these several issues, and in the interests of efficiency, the parties wish to stipulate to extend the deadline for the joint inspection to January 30, 2010, and respectfully request that the Court order the same.

Dated: January 7, 2010

SINGLETON LAW GROUP

 /S/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for
Plaintiff Marshall Loskot

Dated: January 7, 2010

LAW OFFICES OF RICHARD MAC BRIDE

 /s/ Richard Mac Bride
Richard Mac Bride
Attorney for defendants Abel Hernandez,
Martha E. Hernandez, and Olga Romo

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, THAT The Case Schedule pursuant to General Order 56 shall be amended with the last day for joint inspection continued to January 30, 2010, and all other applicable dates calculated from that date.

Dated:    1/12/10   _____          _____

                                                                                                               Claudia Wilken
United States District Judge