**JASON K. SINGLETON,** State Bar #166170
jasn@singletonlawgroup.com
**RICHARD E. GRABOWSKI,** State Bar #236207
rgrabowski@mckinleyville,net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX: (707) 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. 4:09-CV-03774-CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **ABEL HERNANDEZ, aka ABEZ HERNANDEZ, and MARTHA E. HERNANDEZ, dba EL CHAPARRAL TAQUERIA, OLGA R. GAVIDIA and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff Marshall Loskot and Defendants, Abel Hernandez, Martha E. Hernandez, dba El Chaparral Taqueria, and Olga R. Gavidia (nka Olga Romo) (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: March 17, 2010    /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for
Plaintiff, **MARSHALL LOSKOT**

**LAW OFFICES OF RICHARD A. MAC BRIDE**

Dated: March 13, 2010    /s/ Richard A. MacBride
Richard A. Mac Bride, Attorney for Defendants,
**OLGA ROMO, ABEL HERNANDEZ and MARTHA E. HERNANDEZ, dba EL CHAPARRAL TAQUERIA**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>MARSHALL LOSKOT v. ABEL HERNANDEZ, et al.</u>, Case Number 4:09-CV-03774-CW, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: 3/23/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE